## Hon. Joseph E. Schmitz

**From:** Joseph E. Schmitz <jschmitz@jespllc.com>
**Sent:** Saturday, September 6, 2014 1:23 PM
**To:** 'FOIARequest@osc.gov'
**Subject:** FOIA and Privacy Act Request
**Attachments:** 2014-09-05 Letter to OSC FOIA.pdf

Please see attached FOIA and Privacy Act request letter.

Joseph E. Schmitz
Chief Executive Officer
JOSEPH E. SCHMITZ, PLLC
Affiliate of GenCounsel-Metro, LLC
5502 Parkston Road
Bethesda, Maryland 20816



Direct Phone: 703-992-3095
E-mail: jschmitz@jespllc.com; jschmitz@gencounselnow.com
Webpage: www.jespllc.com; www.gencounselnow.com

For information about and to order the new IG Handbook, see http://www.jespllc.com/media/126722/ig_handbook.pdf.

CONFIDENTIALITY NOTICE: THIS EMAIL, INCLUDING ANY ATTACHMENT(S), IS INTENDED ONLY FOR THE PERSON OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN CONFIDENTIAL AND/OR PRIVILEGED ATTORNEY/CLIENT WORK PRODUCT COMMUNICATIONS AS WELL AS OTHER CONFIDENTIAL, PROPRIETARY OR SECRET (UNCLASS) INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE DO NOT READ THIS EMAIL OR DISSEMINATE IT TO ANYONE. PLEASE NOTIFY THE SENDER IMMEDIATELY BY REPLYING TO THIS MESSAGE OR BY CALLING +1 (301) 229-3230 (WE ACCEPT COLLECT CALLS), AND THEN DELETE THE ORIGINAL MESSAGE AND ANY COPIES OF IT FROM YOUR COMPUTER SYSTEM. ANY USE, DISSEMINATION, DISTRIBUTION, OR REPRODUCTION OF THIS MESSAGE AND/OR ANY ATTACHMENTS BY UNINTENDED RECIPIENTS IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. THANK YOU FOR YOUR COOPERATION.

# JOSEPH E. SCHMITZ, PLLC

INTEGRITY • TRANSPARENT ACCOUNTABILITY • DISCIPLINED TEAMWORK • INDEPENDENCE

5502 Parkston Road
Bethesda, MD 20816
www.jespllc.com

September 5, 2014

FOIA Officer
U.S. Office of Special Counsel (OSC)
1730 M Street, N.W.
Suite 218
Washington, D.C. 20036-4505

ALSO VIA: FOIARequest@osc.gov

    Subj: FOIA Request regarding December 2013 OPM IG "Final Report of Investigation into March 3 and 31, 2005 Complaints Filed with the Office of Special Counsel"

Dear FOIA Officer:

Pursuant to the Freedom of Information Act (FOIA) and The Privacy Act, I hereby request copies of any and all records and information in the possession or control of the U.S. Office of Special Counsel (OSC), to include but not be limited to documents, reports, presentations, press releases, notes (whether hand-written, typed, or otherwise recorded), recordings (to include but not be limited to audio recordings of interviews or transcripts thereof) and/or electronic records and/or communications (e.g., e-mail to or from any account within the possession or control of OSC), associated in any way with:

(1) The December 2013 OPM Office of the Inspector General "Final Report of Investigation into March 3 and 31, 2005 Complaints Filed with the Office of Special Counsel" and its accompanying cover letter signed by Patrick McFarland;

(2) Any underlying investigation(s), whether or not performed by OSC or OPM IG or under any other agency's authority, related to, or referenced in, the documents referenced in paragraph (1), herein, to include but not be limited to any criminal investigation(s) or inquiries;

(3) Although already covered in the above request, for clarification purposes, this request includes but is not limited to the following specific parameters:

    a. Any records of any kind related to communications to or from (including cc's or bcc's) any individual working in, or affiliated with, OSC (i.e. both internal and external emails) that relate in any way to the investigation(s), or any ancillary activities or issues related to the investigation(s), referenced in paragraphs (1) or (2), herein;

    b. Any and all records related to the redacting and public release of any documents referenced in paragraph (1) or (2), herein, to include but not be limited to a list of OSC personnel involved in these deliberations;

**JOSEPH E. SCHMITZ, PLLC**

INTEGRITY · TRANSPARENT ACCOUNTABILITY · DISCIPLINED TEAMWORK · INDEPENDENCE

SEPTEMBER 5, 2014
Page 2

    c. Copies of any and all case files related to the investigation(s), or any ancillary activities or issues related to the investigation(s), referenced in paragraphs (1) and (2), herein.

If you determine that the fees to be charged for processing this request will amount to more than $50, please notify me of the actual or estimated amount of the fees.

If you have any questions or concerns, please call me at 703-992-3095, or e-mail me at jschmitz@jespllc.com. Thank you.

Yours truly,

Joseph E. Schmitz