UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES RENNE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OFFICE OF SPECIAL COUNSEL (OSC),<br><br>　　Defendant. | Civil Action No. 14-2071 (KBJ) |

### DISMISSAL WITHOUT PREJUDICE

Plaintiff, JAMES RENNE, by counsel, hereby files this Dismissal Without Prejudice based on an agreement reached with the General Counsel of the Defendant on December 15, 2014, prior to service of the Summons.

Dated: December 18, 2014

Respectfully submitted,
SCHMITZ & SOCARRAS LLP

By: _____
Joseph E. Schmitz, Esq.
D.C. Bar ID No. 420229
8200 Greensboro Drive; Suite 1500
McLean, Virginia  22102
703- 992-3095
jschmitz@SandS-LLP.com

1